IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MIGUEL HERNANDES-LANDEROS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. CV414-058 |
| | ) | CR413-116 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which an objection has been filed (Doc. 19). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion. As a result, Petitioner's 28 U.S.C. § 2255 Petition is hereby **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ᵈ day of October 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA